# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141702(67)

LOLINDA RANDOLPH, Personal Representative
of the Estate of BRYAN RANDOLPH,
        Plaintiff-Appellant,

v

SC: 141702
COA: 285103
Wayne CC: 05-533887-NH

HENRY FORD HOSPITAL, HENRY FORD
SYSTEM, INC., DR. SCOTT E. LANGENBERG,
and MICHIGAN PEDIATRIC SURGICAL
ASSOCIATES, P.C.,
        Defendants-Appellees.
_____/

On order of the Court, the motion for reconsideration of this Court's March 23, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARILYN KELLY and HATHAWAY, JJ., would grant reconsideration and, on reconsideration, would grant leave to appeal.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

d0829